IAN C. BALLON (SBN 141819)
ballon@gtlaw.com
DAVID M. LISI (SBN 154926)
lisid@gtlaw.com
JORDAN D. GROTZINGER (SBN 190166)
grotzingerj@gtlaw.com
MONICA A. HERNANDEZ (SBN 280195)
hernandezmo@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Ave., 5th Floor
East Palo Alto, California 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Attorneys for Plaintiff,
OPENWAVE MESSAGING, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| OPENWAVE MESSAGING, INC., a Delaware corporation,<br><br>    Plaintiff and<br>    Counterclaim-defendant,<br><br>        v.<br><br>OPEN-XCHANGE, INC., a Delaware corporation,<br><br>    Defendant and<br>    Counterclaimant. | CASE NO. 3:16-cv-00253-WHO<br><br>**STIPULATION AND ORDER SETTING TIME FOR OPEN-XCHANGE, INC. TO RESPOND TO OPENWAVE MESSAGING, INC.'S MOTION TO DISMISS AMENDED COUNTERCLAIMS AND STRIKE AMENDED AFFIRMATIVE DEFENSES AND RESCHEDULING MOTION HEARING DATE**<br><br>Courtroom: 2<br>Judge: The Hon. William H. Orrick |

WHEREAS, on July 29, 2016, Open-Xchange, Inc. ("Open-Xchange") filed its Amended Counterclaims and Answer to Openwave Messaging, Inc.'s ("Openwave") Second Amended Complaint (Dkt. 49);

WHEREAS, Openwave filed its Motion to Dismiss Amended Counterclaims and Strike Amended Affirmative Defenses (Dkt. 50) ("Motion") on August 22, 2016;

WHEREAS, Open-Xchange's opposition to Openwave's Motion presently is due by September 6, 2016;

WHEREAS, the hearing date for the Motion is currently scheduled for September 28, 2016 at 2:00 p.m.;

WHEREAS, the parties have conferred and agreed that Open-Xchange should be given an extra week to prepare its opposition, and the hearing date should be adjusted accordingly[1];

IT IS ACCORDINGLY STIPULATED, pursuant to Civil L.R. 6-2 and 7-12, by and between the undersigned counsel for the parties, that:

(i) Open-Xchange has no objection and expressly consents to Openwave having filed its Motion and supporting papers on August 22, 2016;

(ii) Assuming that Open-Xchange is provided an additional week to file its opposition to Openwave's Motion, Open-Xchange will agree it suffered no prejudice as a result of Openwave's filing. Open-Xchange is to file its opposition by September 13, 2016, and Openwave will file its reply by September 20;

(iii) The hearing date for the Motion is rescheduled from September 28 to October 5, 2016 at 2:00 p.m.

///
///
///
///

---

[1] The present hearing date presents a conflict for both parties, as a deposition in this case has been confirmed to go forward on that same day.

*STIPULATION AND ORDER SETTING TIME TO RESPOND TO MOTION TO DIMISS AND STRIKE AND RESCHEDULING MOTION HEARING DATE*   1   Case No. 3:16-cv-00253-WHO

Respectfully submitted,

DATED: August 31, 2016                   GREENBERG TRAURIG, LLP


By: /s/ *David M. Lisi*
    David M. Lisi

Attorneys for Plaintiff
OPENWAVE MESSAGING, INC.


DATED: August 31, 2016                   FENWICK & WEST LLP


By: /s/ *Jennifer L. Kelly*
    Jennifer L. Kelly

Attorneys for Defendant
OPEN-XCHANGE, INC.

Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.

DATED: August 31, 2016                   By: /s/ *David M. Lisi*
                                             David M. Lisi


* * *

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 2, 2016            _____
                                    The Honorable William H. Orrick
                                    United States District Judge

LA 132725048v1

STIPULATION AND ORDER SETTING TIME TO RESPOND         2         Case No. 3:16-cv-00253-WHO
TO MOTION TO DIMISS AND STRIKE AND
RESCHEDULING MOTION HEARING DATE