1  RODGER R. COLE (CSB No. 178865)
   rcole@fenwick.com
2  SAPNA MEHTA (CSB No. 288238)
   smehta@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center
4  801 California Street
   Mountain View, CA  94041
5  Telephone:     (650) 988-8500
   Facsimile:     (650) 938-5200
6
   JENNIFER L. KELLY (CSB No. 193416)
7  jkelly@fenwick.com
   TODD R. GREGORIAN (CSB No. 236096)
8  tgregorian@fenwick.com
   MATTHEW B. BECKER (CSB No. 291865)
9  mbecker@fenwick.com
   FENWICK & WEST LLP
10 555 California Street, 12th Floor
   San Francisco, CA 94104
11 Telephone:     (415) 875-2300
   Facsimile:     (415) 281-1350
12
   Attorneys for Defendant and Counterclaimant
13 OPEN-XCHANGE, INC.

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16                 SAN FRANCISCO DIVISION

17

18 OPENWAVE MESSAGING, INC.,                    Case No.:  3:16-cv-00253-WHO
   a Delaware corporation,
19                                              **STIPULATION RE: REVISED**
                  Plaintiff and Counterclaim-   **SCHEDULE**
20                defendant,

21          v.

22 OPEN-XCHANGE, INC., a Delaware
   corporation,
23
                  Defendant and
24                Counterclaimant.

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

WHEREAS, Openwave Messaging, Inc. ("Openwave") and Open-Xchange, Inc. ("OX") (collectively, "the Parties") have recently been made aware that the Court may be unavailable for the original trial date scheduled for Nov. 6, 2017;

WHEREAS, the Parties desire certainty regarding the trial date due to the need to arrange witness travel schedules from Europe;

WHEREAS, the Parties have scheduled a mediation before Judge Ryu on June 26, 2017 at 11am at the United States District Court, Northern District of California, 1301 Clay St., Oakland, CA 94612.

WHEREAS, the Parties desire to move certain discovery deadlines to correlate with the date scheduled for mediation before Judge Ryu so as to reduce costs and the need for repeated travel to the Bay Area by foreign witnesses;

WHEREAS, the Court has suggested that the Parties stipulate to a trial date in early 2018 if they were not amenable to reassignment to a Magistrate Judge for trial;

THEREFORE, the Parties hereby stipulate to a trial date and propose related modifications to the schedule as follows:

| Task | Deadline | New Deadline | Notes |
|------|----------|--------------|-------|
| Last date to amend/add parties | Date passed w/o amendment | Date passed w/o amendment | |
| Last day to serve written discovery by mail or other means | May 19, 2017 | June 10, 2017 | |
| Last day to serve written discovery electronically or by hand | May 24, 2017 | June 15, 2017 | |
| Fact discovery cutoff | June 23, 2017 | July 28, 2017 | |

Fenwick & West LLP
Attorneys at Law
Mountain View

| | | | |
|---|---|---|---|
| Last day to file motion to compel fact discovery | June 30, 2017 (per Civ. L.R. 37-3) | August 4, 2017 (per Civ. L.R. 37-3) | |
| Expert disclosure | July 14, 2017 | August 25, 2017 | |
| Expert rebuttal | August 4, 2017 | September 22, 2017 | |
| Expert discovery cutoff | August 25, 2017 | October 13, 2017 | |
| Deadline for dispositive motions to be heard | August 14, 2017 | November 6, 2017 | ~3 months before trial based on the Court's request at the Initial CMC. |
| Last court day to exchange exhibits and other trial material, briefs on significant disputed issues of law, statements designating excerpts from depositions, interrogatory answers and responses to requests for admission to be offered at trial other than for impeachment or rebuttal, requested voir dire questions, jury instructions and form of verdict, and motions in limine. | September 15, 2017 | January 17, 2018 | |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

| | | |
|---|---|---|
| Last court day to meet and confer re preparation of joint pretrial conference statement, preparation and exchange of pretrial materials. | September 18, 2017 | January 22, 2018 | |
| Deadline for filing motions in limine, jury instructions, joint pretrial conference statement, and proposed questions for voir dire | September 25, 2017 | January 29, 2018 | |
| Pretrial conference | October 9, 2017; 2:00 p.m. | February 12, 2018; 2:00 p.m. | |
| Jury trial | November 6, 2017 | March 12, 2018 | |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

Respectfully submitted,

Dated: May 22, 2017          FENWICK & WEST LLP


                             By: /s/ Todd R. Gregorian
                                 Todd R. Gregorian

                                 Attorneys for Defendant
                                 OPEN-XCHANGE, INC.

Dated: May 22, 2017          PILLSBURY WINTHROP SHAW PITTMAN LLP


                             By: /s/ David M. Lisi
                                 David M. Lisi

                                 Attorneys for Plaintiff
                                 OPENWAVE MESSAGING, INC.

       Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories concur in the filing of this stipulation.

Dated: May 22, 2017          FENWICK & WEST LLP


                             By: /s/ Todd R. Gregorian
                                 Todd R. Gregorian

                                 Attorneys for Defendant
                                 OPEN-XCHANGE, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED as modified below:**

**The trial date is set for March 5, 2018. The viability of this trial date will be discussed Case Management Conference set for October10, 2017 at 2:00 p.m.**


Dated: May 30, 2017
                             _____
                             The Honorable William H. Orrick
                             United States District Judge