DAVID M. LISI (SBN 154926)
  david.lisi@pillsburylaw.com
MONICA A. HERNANDEZ (SBN 280195)
  monica.hernandez@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
2550 Hanover Street
Palo Alto, CA 94304-1115
Telephone:     650.233.4500
Facsimile:      650.233.4545

Attorneys for Plaintiff and Counterclaim-
defendant Openwave Messaging, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPENWAVE MESSAGING, INC., a Delaware corporation,<br><br>　　　　Plaintiff and Counterclaim-defendant,<br><br>　v.<br><br>OPEN-XCHANGE, INC., a Delaware corporation,<br><br>　　　　Defendant and Counterclaimant. | Case No. 3:16-cv-00253-WHO<br><br>STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO OPEN-XCHANGE, INC.'S MOTION TO DISMISS<br><br>Date:　　　　August 16, 2017<br>Time:　　　　2:00 p.m.<br>Courtroom:　2, 17th Floor<br>Judge:　　　Hon. William H. Orrick |

Pursuant to Civil Local Rule 6-2, plaintiff Openwave Messaging, Inc. ("Openwave") and defendant Open-Xchange, Inc. ("Open-Xchange") hereby file this Stipulation to extend Openwave's time to file an opposition Open-Xchange's Motion to Dismiss or Stay Duplicative Trade Secret Claims (Dkt. 88) ("Motion to Dismiss") and Open-Xchange's time to file a reply to Openwave's opposition.

Whereas, on June 30, 2017, Open-Xchange filed its Motion to Dismiss;

Whereas, Openwave's opposition to the Motion to Dismiss is due on July 14, 2017 pursuant to Civil Local Rule 7-3(a);

Whereas, Open-Xchange's reply to Openwave's opposition is due on July 21, 2017 pursuant to Civil Local Rule 7-3(c);

Whereas, the parties have agreed that Openwave's time to file an opposition the Motion to Dismiss should be extended to July 21, 2017 and that Open-Xchange's time to file a reply to Openwave's opposition should be extended to August 2, 2017;

Whereas, the hearing on the motion to dismiss is set for August 16, 2017.

IT IS HEREBY STIPULATED, by and between the undersigned counsel of the parties, that:

(i) Openwave's time to file an opposition to the Motion to Dismiss is extended to July 21, 2017;

(ii) Open-Xchange's time to file a reply to Openwave's opposition is extended to August 2, 2017.

SO STIPULATED.

Dated: July 5, 2017

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: /s/ David M. Lisi
　　DAVID M. LISI
　　MONICA A. HERNANDEZ
Attorneys for Plaintiff and Counterclaim-defendant Openwave Messaging, Inc.

Dated: July 5, 2017   FENWICK & WEST LLP

By: /s/ Jennifer L. Kelly
    JENNIFER L. KELLY
    TODD R. GREGORIAN
Attorneys for Defendant and
Counterclaimant Open-Xchange, Inc.

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 5, 2017   By: /s/ David M. Lisi
                          David M. Lisi

\* \* \*

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

Dated: July 6, 2017   By: _____
                          Honorable William H. Orrick
                          United States District Judge

-3-

Case No. 3:16-cv-00253-WHO

Stipulation and Order to Extend Time to Respond to Open-Xchange, Inc.'s Motion to Dismiss